UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**PETER D. TEMPLETON**, Civil File No. 00-403 (JRT/JGL)

Petitioner,

v.

**O R D E R**

**HOYT BRILL**, Warden DDA/PCF,

Respondent.

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Petitioner's motion for enlargement of time to respond to the motions submitted by Michael D. Oeser for Jon Litscher (Doc. No. 13). The Court finds that good cause has been shown for an extension of time.

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner's motion for enlargement of time (Doc. No. 13) is **GRANTED** and Petitioner shall have ten days from the date of this Order to respond.

Dated: April 25, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED APR 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK