UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**PETER D. TEMPLETON,**

Petitioner,

v.

**HOYT A. BRILL**, Warden CCA/PCF,

Respondent.

Civil No. 00-403 (JRT/JGL)

**O R D E R**

JONATHAN LEBEDOFF, United States Magistrate Judge

The above-entitled matter is before the undersigned Magistrate Judge of District Court on Respondent's motion to stay return (Doc. No. 5), Respondent's motion to substitute Jon E. Litscher as respondent (Doc. No. 6), Petitioner's motion for judgment on the pleadings (Doc. No. 9), Respondent's motion to enlarge time to respond to Petitioner's motion for judgment on the pleadings (Doc. No. 12), Petitioner's motion to withdraw motion for enlargement of time (Doc. No. 14), and Petitioner's motion to withdraw motion for judgment on the pleadings (Doc. No. 15). The case has been referred to the undersigned for resolution of pretrial matters pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1.

**A. <u>Respondent Hoyt A. Brill's Motion to Substitute Jon E. Litscher as Respondent.</u>**

Petitioner Templeton is currently in custody pursuant to a criminal judgment of conviction entered in the Circuit Court for Dane County,

FILED MAY 0 8 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Wisconsin. However, Petitioner is incarcerated in the Prairie Correctional Facility (PCF) in Appleton, Minnesota, by reason of a contractual arrangement with the Wisconsin Department of Corrections. The presently-named Respondent is Hoyt A. Brill, who is the Warden at PCF. Respondent moves to substitute Jon E. Litscher, the Secretary of the Wisconsin Department of Corrections, as Respondent, arguing that the legal custodian rather than the physical custodian should be the named Respondent.

Federal courts may entertain 28 U.S.C. § 2254 petitions on "behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254. Habeas corpus acts upon "the person who holds [the prisoner] in what is alleged to be unlawful custody." Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 494-95 (1973) (citation omitted). The writ is properly directed to the "jailer." See id. at 495. A court must have in personam jurisdiction over the warden of the prison in which the prisoner is incarcerated to entertain a habeas petition. See id.; In re Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (citation omitted). Therefore, a prisoner must file his petition in the district where he is incarcerated. See id.; Demos v. Clinton, Civ. A. No. 94-1057, 1994 WL 238833, at *1 (D.D.C. May 16, 1994) (holding that a habeas petition must be filed "in the state with actual custody over the

prisoner"). Federal case law consistently indicates that the proper respondent in habeas corpus proceedings is the warden at the facility where the petitioner is physically confined. See, e.g., McCoy v. United States Bd. of Parole, 537 F.2d 962, 964 (8th Cir. 1976).

Consequently, in this case, the Court will not allow Jon E. Litscher to replace Hoyt A. Brill as Respondent. However, Mr. Litscher probably qualifies as Petitioner's "legal custodian" in some aspect, and Mr. Litscher therefore has some interest in these proceedings. Therefore, the Court orders Mr. Litscher to be joined as a Respondent in this case, and henceforth, Mr. Brill and Mr. Litscher shall appear as co-Respondents. See Adams v. Brill, Civ. No. 00-106 (D. Minn. Mar. 31, 2000) (Lebedoff, Mag. J.) (order granting in part and denying in part motion to substitute and deeming Mr. Brill and Mr. Litscher co-Respondents).

**B. Petitioner's Motion to Withdraw His Motion for Judgment on the Pleadings.**

The Court merely wishes to advise Petitioner that he may withdraw a motion without seeking leave of the Court, by filing a written request with the Clerk of Court. However, given that Petitioner has filed a motion seeking

permission to withdraw his motion for judgment on the pleadings, Petitioner's motion to withdraw is granted.

Based upon the above, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED:**

(1) Respondent's motion to stay return (Doc. No. 5) is **GRANTED**;

(2) Respondent's motion to substitute Jon E. Litscher as respondent (Doc. No. 6) is **GRANTED IN PART** and **DENIED IN PART**, and Hoyt A. Brill and Jon E. Litscher shall be deemed to be co-Respondents in this matter;

(3) Petitioner's motion for judgment on the pleadings (Doc. No. 9) is **WITHDRAWN**;

(4) Respondent's motion to enlarge time to respond to Petitioner's motion for judgment on the pleadings (Doc. No. 12) is **DENIED AS MOOT**;

(5) Petitioner's motion to withdraw motion for enlargement of time (Doc. No. 14) is **DENIED AS MOOT**; and

(6) Petitioner's motion to withdraw motion for judgment on the pleadings (Doc. No. 15) is **GRANTED**.

Dated: May 5, 2000.

JONATHAN LEBEDOFF
United States Magistrate Judge