UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

PETER D. TEMPLETON,

Petitioner,

v.

HOYT A. BRILL, and
JON D. LITSCHER,

Respondents.

Civil No. 00-403 (JRT/JGL)

**ORDER**

This matter is presently before the Court for consideration of Petitioner's application for leave to proceed in forma pauperis, (IFP). (Docket No. 28.) However, Petitioner has already paid the full $5.00 filing fee for this habeas corpus proceeding, and he has not shown that he has any other need for IFP status in this matter.

Petitioner's IFP application is therefore DENIED AS MOOT.

Dated: December 6, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED DEC 0 6 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK