**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PETER D. TEMPLETON, Civil No. 00-403 JRT/JGL

Petitioner,

v. **ORDER**

HOYT BRILL, and
JON E. LITSCHER,

Respondents.

---

Peter D. Templeton, Prairie Correctional Facility, P.O. Box 500, Appleton, MN 56208, *pro se* petitioner.

John W. Riches, Prairie Correctional Facility, P.O. Box 157, Appleton, MN 56208; Michael D. Oeser, WI DEPARTMENT OF JUSTICE, 123 West Washington Avenue Madison, WI 53707; and W. Karl Hansen, OFFICE OF THE MINNESOTA ATTORNEY GENERAL, 445 Minnesota Street, St. Paul, MN 55101, for respondents.

This matter is before the Court on petitioner's motion for enlargement of time to respond to the Report and Recommendation. The Court finds that the petitioner has shown good cause for the requested extension. However, the Court will only allow a 30 day extension.

Based upon petitioner's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's motion for an enlargement of time to

FILED FEB 0 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

respond to the Report and Recommendation is **GRANTED** in part. Petitioner's objections to the Report and Recommendation are due on March 5, 2001.

Dated: February 5, 2001
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge