**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

PETER D. TEMPLETON, Civil No. 00-403 JRT/JGL

Petitioner,

v. **ORDER**

HOYT BRILL, and
JON E. LITSCHER,

Respondents.

---

Peter D. Templeton, Prairie Correctional Facility, P.O. Box 500, Appleton, MN 56208, *pro se* petitioner.

John W. Riches, Prairie Correctional Facility, P.O. Box 157, Appleton, MN 56208; Michael D. Oeser, WISCONSIN DEPARTMENT OF JUSTICE, 123 West Washington Avenue Madison, WI 53707; and W. Karl Hansen, OFFICE OF THE MINNESOTA ATTORNEY GENERAL, 445 Minnesota Street, St. Paul, MN 55101, for respondents.

This matter is before the Court on petitioner's second motion for enlargement of time to respond to the Report and Recommendation. The Court finds that the petitioner has shown good cause for the requested extension. The Court will allow a second 30-day extension.

Based upon petitioner's motion, and upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that petitioner's motion for an enlargement of time to respond to the Report and Recommendation [Docket No. 66] is **GRANTED.** Petitioner's objections to the Report and Recommendation are due on April 9, 2001.

Dated: March 8, 2001
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED MAR 0 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK