# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Peter D. Templeton

Plaintiff

v.

Hoyt A. Brill, and
Jon E. Litscher

Defendants

Case No. Civil 00 403 JRT/JGL

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Petitioner's motion seeking leave to file an amended petition is granted and that Petitioner's eligibility for habeas corpus relief has been decided based on the claims raised in the amended petition. Respondent's motions to dismiss Petitioner's application for habeas corpus relief are granted. Petitioner's motions seeking to (a) remove Jon Litscher from this action and/or strike some or all of the materials submitted by counsel for respondent Jon Litscher are denied. Petitioner's motion for release pending review of decision is denied. Petitioner's motion for appointment of counsel is denied. Petitioner's second application to proceed without prepayment of fees is denied. Petitioner's motion seeking leave to filed an amended petition is denied and Petitioner's proposed amended petition is stricken. This action is dismissed with prejudice.

DATE: September 25, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk